**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

IN RE SINCLAIR BROADCAST GROUP, INC. SECURITIES LITIGATION * * * Civil No. CCB-18-2445

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

For the reasons stated in the accompanying Memorandum, it is hereby Ordered that:

1. The defendants' motion to dismiss (ECF 49) is DENIED as to (1) the 15 U.S.C. § 10(b) claim against corporate defendant Sinclair Broadcast Group, Inc., arising from its July 2, 2018, statement that "Cunningham is operated completely separately from Sinclair"; (2) the § 10(b) claim against corporate defendant Sinclair arising from its July 5, 2018, statement that it "does not control or hold any attributable interest in Cunningham"; and (3) the 15 U.S.C. § 20(a) claims against defendants Christopher S. Ripley, Lucy A. Rutishauser, David D. Smith, and Steven M. Marks arising from those two statements;
2. The defendants' motion to dismiss as to the remaining claims is GRANTED; and
3. Counsel will be contacted to schedule further proceedings.

2/4/20
Date

CCB
Catherine C. Blake
United States District Judge